IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TRAVON DEANGELO BROWN                      PETITIONER

v.                                                                                                                   No. 1:17CV137-GHD-RP

SUPERINTENDENT JAQUELYN BANKS, ET AL.                   RESPONDENTS

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DENIED**.

**SO ORDERED**, this, the 28th day of April, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE