IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**TRAVON DEANGELO BROWN**             **PETITIONER**

v.             No. 1:17CV137-GHD-RP

**SUPERINTENDENT JAQUELYN BANKS, ET AL.**             **RESPONDENTS**

### ORDER RESCINDING THE COURT'S ORDER [50] GRANTING *IN FORMA PAUPERIS* ON APPEAL

The court takes up, *sua sponte*, the rescission of its previous order [50] granting the petitioner's motion [49] to appeal *in forma pauperis*. The court inadvertently used the form for granting *in forma pauperis*, but circumstances require denying pauper status to the petitioner for the instant appeal. Indeed, the court has already declined to provide a Certificate of Appealability in this case because "the Petitioner has failed to demonstrate that the issues are debatable among jurists of reason that a court could resolve issues in a different manner; or that the questions are adequate to deserve encouragement to proceed further." Doc. 42 at 1 (internal quotations and citations omitted). As such, the court's order [50] granting the petitioner motion to proceed *in forma pauperis* is **RESCINDED**. An order denying the plaintiff's *in forma pauperis* motion [49] will issue today.

**SO ORDERED**, this, the 16th day of June, 2020.

                                              /s/ Glen H. Davidson
                                              SENIOR UNITED STATES DISTRICT JUDGE