IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TRAVON DEANGELO BROWN                                              PETITIONER

v.                                                                  No. 1:17CV137-GHD-RP

SUPERINTENDENT JAQUELYN BANKS, ET AL.                              RESPONDENTS

**ORDER DENYING PLAINTIFF'S MOTION
TO PROCEED IN FORMA PAUPERIS ON APPEAL**

The application for leave to proceed *in forma pauperis* on appeal pursuant to 28 U.S.C. § 1915 is **DENIED** because under 28 U.S.C. § 1915 (a) (3) and Fed. R. App. P. 24(a)(3), the court certifies that the appeal is not taken in good faith. The appeal is frivolous and has no possibility of success.

**SO ORDERED**, this, the 16th day of June, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE