IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**TRAVON DEANGELO BROWN**                          **PETITIONER**

v.                                                                          **No. 1:17CV137-GHD-RP**

**SUPERINTENDENT JACQUELINE BANKS, ET AL.**            **RESPONDENTS**

**ORDER DENYING PETITIONER'S MOTION [47]
FOR A CERTIFICATE OF APPEALABILITY**

This matter comes before the court on the motion [47] by the petitioner for a Certificate of Appealability. As the court has previously found that a Certificate of Appealability is not warranted in this case, the instant motion is **DENIED**.

**SO ORDERED**, this, the 16th day of March, 2021.

_____
SENIOR UNITED STATES DISTRICT JUDGE